IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 AUG -3 A 10: 12

Durward O'Neal Broskey
_____
Full name and prison number of
plaintiff(s)

v.

Captain Craig Davidson
Chief Shirley Johnson
Jailer Joe Craft
Sheriff Jeff Fuller + Etc.
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 3:05CV726-F
(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (✓)

  B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No (✓)

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:
       Plaintiff(s) None
       Defendant(s) _____

    2. Court (if federal court, name the district; if state court, name the county)
       None

    3. Docket No. None

    4. Name of Judge to whom case was assigned None

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? None

6. Approximate date of filing lawsuit None

7. Approximate date of disposition None

II. PLACE OF PRESENT CONFINEMENT Randolph County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Randolph County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sheriff Jeff Fuller | P.O. Box 397 Wedowee, AL 36278 |
| 2. | Chief jailer Shirley Johnson | Same as Above |
| 3. | Captain jailer Craig Davidson | Same as Above |
| 4. | jailer Joe Craft | Same as Above |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Jan, 17, 2005, June 17, 2005, + July 8, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: racial discrimination

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
See paperwork attached

GROUND TWO: _See paperwork attached_

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_to be pay in full compensation for pain + suffer of a full investigation done in the Randolph County courts + jail system._

_Durward O'Neal Busby_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _07-28-05_.
(date)

_Durward O'Neal Busby_
Signature of plaintiff(s)