05-726

To whom it may concern:

I, Durward O'Neal Briskey, need my mail forwarded to this address as of this day.

Durward O'Neal Briskey
10766 Co. Rd. 26
Wedowee, AL. 36278